UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH BUCHHOLD,<br><br>    Petitioner,<br><br>v.<br><br>DARIN YOUNG, Warden,<br><br>    Respondent. | Case No. 18-cv-04594-JST (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner is challenging a conviction he suffered in South Dakota, is TRANSFERRED to the District of South Dakota, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: September 14, 2018



JON S. TIGAR
United States District Judge